IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                          **CASE NO.: 4:06-CR-018-SPM**

**JOHN OSCAR MESSICK,**

      **Defendant.**

_____/

**ACCEPTANCE OF GUILTY PLEA**

**PURSUANT TO** the Report and Recommendation (doc. 23) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **JOHN OSCAR MESSICK**, to Count Two of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this seventeenth day of July, 2006.

                                           *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge