IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:06cr18-SPM

JOHN OSCAR MESSICK,

    Defendant.
_____/

**ORDER MODIFYING RELEASE CONDITIONS
AND DESIGNATION RECOMMENDATION**

This cause comes before the Court on Defendant John Oscar Messick's Motion to Modify Conditions of Post-Sentence Release (doc. 35) and Motion to Modify Designation Recommendation (doc. 36).  Upon consideration, it is

ORDERED AND ADJUDGED:

1.  The motions (docs. 35 and 36) are granted.

2.  Defendant may travel to Greenville, North Carolina, to visit with his sister.  The details of Defendant's travel are subject to the approval of the probation officer.

3.  The Court will include in the judgment a recommendation that Defendant serve his sentence in a facility that can provide appropriate medical

care for him.

      DONE AND ORDERED this 31st day of October, 2006.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge

CASE NO.: 4:06cr18-SPM