IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:06cr18-SPM

JOHN OSCAR MESSICK,

    Defendant.
_____/

### ORDER POSTPONING SELF-SURRENDER DATE

This cause comes before the Court on Defendant John Oscar Messick's unopposed Motion to Postpone Self-Surrender Date (doc. 39). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motions (docs. 39) is granted.

2. Defendant's self-surrender date is postponed until the Bureau of Prisons designates a facility for him to serve his sentence. Defendant shall self-surrender to the facility as directed by the probation office.

DONE AND ORDERED this 13th day of November, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge