IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:06cr18-SPM

JOHN OSCAR MESSICK,

    Defendant.

_____/

**ORDER SETTING TIME FOR SELF-SURRENDER**

The Court has been advised that the Bureau of Prison has designated FCI Miami as the facility for John Oscar Messick, 12007-017, to serve his sentence. Accordingly, it is

ORDERED AND ADJUDGED that Defendant shall self-surrender to FCI Miami, 15801 S.W. 137th Ave., Miami, FL 33177, on or before 4:00 p.m. on Wednesday, January 10, 2007.

DONE AND ORDERED this 29th day of December, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge