IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 4:06cr18-SPM/WCS

JOHN O.MESSICK,

    Defendant.
_____/

### **ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated April 11, 2008 (doc. 74). Defendant has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 74) is ADOPTED and incorporated by reference in this order.

2.	Defendant's motion to vacate and set aside his sentence pursuant to 28 U.S.C. § 2255 (doc. 67) is denied with prejudice.

DONE AND ORDERED this 5th day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:06cr18-SPM/WCS