IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff

vs                                   Case No. 4:06cr18-SPM

**JOHN MESSICK**

        Defendant

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on August 31, 2006, this Court entered a Preliminary Order Of Forfeiture against the following property:

      **A.**      **HP Computer, SN# MX10826611**

      **B.**      **Approximately 5 Compact Discs and 12 Floppy Disks**

      **C.**      **Approximately 61 VHS Tapes**

      **D.**      **One 8 X 11 ½ Photo;**

and

WHEREAS, pursuant to Rule G (4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and of the intent of the United States of America to dispose of the property was published in the Tallahassee Democrat, a newspaper of general circulation, on September 28, 2006. Such notice informs all third parties of

their right to file a petition within sixty (30) days of the final date of publication setting forth their interest in said property; and

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

DONE AND ORDERED this 25th day of November, 2008.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge